

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

June 29, 2022

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Hua Jing Gao v. L&L Supplies, Inc., et al.</u>
            *Case No. 22-cv-3722 (LGS) (GWG)*

Dear Judge Schofield:

    We represent plaintiff Hua Jing Gao in the above-referenced matter, and we write pursuant to Your Honor's May 20 Order, which scheduled an initial conference for July 6, 2022, at 4:20 p.m., and which required that pre-initial conference submissions be made by today. As the Court is aware, plaintiff filed this action on May 6, but unfortunately, our process server has not yet effected service of process on defendants. Therefore, we respectfully request for the first time a 30-day adjournment of the initial conference and of the pre-conference submissions deadline.

    We thank the Court for its attention to this matter. We are available at Your Honor's convenience if the Court has any questions.

                           Respectfully submitted,

                           David Stein

Application GRANTED. The initial pretrial conference is adjourned to **August 10, 2022, at 4:20 P.M.** The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order in advance of that conference is extended to **August 3, 2022, at 12:00 P.M.**

Dated: June 29, 2022
New York, New York

                         LORNA G. SCHOFIELD
                         UNITED STATES DISTRICT JUDGE