

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

August 3, 2022

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    <u>**Hua Jing Gao v. L&L Supplies, Inc., et al.**</u>
                *Case No. 22-cv-3722 (LGS) (GWG)*

Dear Judge Schofield:

      We represent plaintiff Hua Jing Gao in the above-referenced matter, and we write pursuant to Your Honor's June 29 Order, which re-scheduled the initial conference for August 10, 2022, at 4:20 p.m., and which required that pre-initial conference submissions be made by today.  As the Court is aware, plaintiff filed this action on May 6.  Service of process on defendant L&L Supplies, Inc., was effected on July 8, and we filed the Affidavit of Service on July 24 (Dkt. 12); defendant L&L Supplies currently is in default.  Unfortunately, despite diligent efforts, our process server has not yet been able to serve individual defendants Youpeng Li and Susan Liang.  Therefore, we respectfully request 14 more days to try to effect service on the individual defendants.  If, after that additional time, the process server still is unsuccessful, we intend to pursue a default against the corporate defendant.  In light of the foregoing, we also respectfully request that the initial conference be adjourned *sine die*.

      We thank the Court for its attention to this matter.  We are available at Your Honor's convenience if the Court has any questions.

                                        Respectfully submitted,

                                        David Stein

Application GRANTED in part and DENIED in part.  The initial pretrial conference scheduled for August 10, 2022, is adjourned to **August 31, 2022, at 4:20 P.M.**  If Defendant L&L Supplies, Inc. has not appeared and responded to the Complaint, Plaintiff shall file, by **August 24, 2022**, a proposed order to show cause for default judgment and supporting papers as required by the Court's individual rules.

Dated: August 4, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**