UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HUA JING GAO,
                             Plaintiff,

                  -against-                       22 Civ. 3722 (LGS)

                                                         ORDER
L&L SUPPLIES, INC., et al.,
                            Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated May 20, 2022, (Dkt. No. 9) required the parties to file a proposed case management plan and joint letter by 12:00 P.M. one week before the initial pretrial conference then scheduled for July 6, 2022;

    WHEREAS, the Orders dated June 29, 2022, and August 4, 2022, adjourned the initial pretrial conference to August 31, 2022;

    WHEREAS, the parties have not filed the joint letter or proposed case management plan.

    It is hereby **ORDERED** that the initial pretrial conference scheduled for August 31, 2022, is **adjourned** to **September 14, 2022, at 4:20 P.M.**  At that time, the parties shall dial (888) 363-4749 and use access code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  The parties shall file the joint letter and proposed case management plan required by the Order at Dkt. No. 9, by **September 7, 2022, at 12:00 P.M.**

Dated: August 26, 2022
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE