```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
HUA JING GAO,                                                 :
                                    Plaintiff,                :
                                                              :          22 Civ. 3722 (LGS)
            -against-                                         :
                                                              :                ORDER
L&L SUPPLIES, INC., et al.                                    :
                                    Defendants.               :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the initial pretrial conference scheduled for September 14, 2022, is adjourned to **September 28, 2022**, at **4:00 P.M.**

Dated: September 7, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**