UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HUA JING GAO, *on behalf of herself and all other persons similarly situated*,

               Plaintiff,

   -against-

L&L Supplies, Inc., et al.,

              Defendants.
----------------------------------------------------------------X

ORDER

22 Civ. 3722 (JLR) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Counsel for defendants L&L Supplies, Inc., Youpeng Li, and Susan Liang, has filed a motion to withdraw (Docket ## 33, 37). The Court hereby ORDERS as follows:

      1. Any party wishing to oppose this motion shall file papers in opposition by April 17, 2023, or send a letter to the Court for receipt by that date.

      2. A conference to discuss the motion will take place in Courtroom 6-B, 500 Pearl Street, New York, New York, on Wednesday, April 26, 2023, at 10:30 a.m.

      3. Defendants L&L Supplies, Inc., Youpeng Li, and Susan Liang are each required to attend this conference. The corporation must send to the conference a representative who is authorized to engage counsel. Defendants Youpeng Li and Susan Liang must attend in person. Please be sure to arrive early so that the conference may begin on time.

      4. Counsel for defendants, Mohammed Gangat, shall arrange for hand delivery or delivery by overnight mail to each defendant's last known address (or by email if this has been a regularly used means of communication), of a copy of this Order and the papers filed in support of the motion. Afterwards, he shall make all reasonable efforts to confirm by telephone and e-mail that his papers and the copy of this Order were actually received by his clients and that his clients are aware that they must appear at the Court conference on April 26, 2023 at 10:30 a.m.

      5. On or before April 10, 2023, Mr. Gangat shall file with the Court an affidavit or declaration indicating his efforts to comply with paragraph 4 of this Order.

      6. Defendants L&L Supplies, Inc., Youpeng Li, and Susan Liang are warned that if they fail to comply with this order, a default judgment may be entered against them and they may be subject to other sanctions.

      7. If an attorney files a notice of appearance for a party by no later than two business days before the conference, the presence of the party and the attorney moving to withdraw for that party will not be required.

      SO ORDERED.

Dated: April 3, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge