UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HUA JING GAO et al.,                                    :

        Plaintiffs,                          :     <u>ORDER</u>

   -v.-                                                      :
                                                                                   22 Civ. 3722 (JLR) (GWG)
L&L SUPPLIES, INC. et al,                            :

        Defendants.                        :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Discovery having concluded in this case and no party having filed a motion for summary judgment by the deadline stated in Docket # 44, the Court directs that defendants Youpeng Li and Susan Liang shall file the "Pretrial Statement" required by paragraph 5.A of Judge Rochon's Individual Rules of Practice in Civil Pro Se Cases on or before November 15, 2023. Any references to a "plaintiff" in paragraph 5.A shall deemed to refer instead to a "defendant." If either defendant seeks to have the plaintiff file plaintiff's pretrial statement before defendants are required to file theirs, the Court will grant such a request but only if defendants file a letter making the request on or before November 15, 2023.

      The defendants are urged to contact the Court's free legal clinic at (212) 659-6190) for assistance with complying with this Order.

      The plaintiff is directed to email a copy of this Order to the defendants forthwith.

      SO ORDERED.

Dated: November 1, 2023
       New York, New York

                                                     _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge