**Re: Hua Jing Gao v. L&L Supplies, Inc., et al. Case No. 22-cv-3722 (LGS) (GWG)**   11/11/2023

Dear Judge,

 I, Susan Liang, defendant of the case, I am requesting that the plaintiff files the plaintiff's pretrial statement before defendant' pretrial statement. Please have a judge to grant this request. Also, I please have the judge extend the deadline for defendants' pretrial statement from the original deadline 11/ 15/ 2023 to 01/25 2024 if possible. We need extended time to seek help from a legal clinic due to lack of knowledge in law. I make my best effort to contact multiple times to court free legal clinics and can't get immediate help. We had filled out a legal clinic online intake form and were waiting for legal clinic assistance to get back to us within 4 weeks. Unfortunately, the clinic is super busy, the confirmation from the legal clinic shows that they will get back to us within 4 weeks. So far, we have not gotten back from them yet. Even though we called multiple times but were placed on the waiting list. Therefore, we may miss the deadline on November 15. I please have you extend the deadline. I am attaching the court free legal clinic confirmation message for you to review.

As you stated the discovery is concluded, we had never received any discovery from another party. Please advise how to process and provide our evidence to the court.

If you have any questions, please feel free to email me at houseprofessional2020@gmail.com.

Sincerely,

Susan Liang



**NYLAG** — New York Legal Assistance Group

Intake Form: Legal Clinic

STEPS

1. (/modules/matter/extern_intake.php?pid=142&h=cea984&f=500&i=21318)

Introduction (/modules/matter/extern_intake.php?pid=142&h=cea984&f=500&i=21318)

Contact Information (/modules/matter/extern_intake.php?pid=142&h=cea984&f=505&i=21318)

Background Information (/modules/matter/extern_intake.php?pid=142&h=cea984&f=506&i=21318)

Case Information (/modules/matter/extern_intake.php?pid=142&h=cea984&f=508&i=21318)

Retainer Agreement (/modules/matter/extern_intake.php?pid=142&h=cea984&f=502&i=21318)

End

**The clinic is currently experiencing a high volume of cases so it will unfortunately take longer than normal to get back to you. We are prioritizing matters based on urgency, but we should reach out within 4 weeks at the latest. Submitted at 11/03/2023 at 11:17 AM**