UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUA JING GAO, *on behalf of herself and all other persons similarly situated*,

        Plaintiff,

  -against-

L&L SUPPLIES, INC., et al.,

        Defendants.
------------------------------------------------------------X

ORDER

22 Civ. 3722 (JLR) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    Plaintiff shall file the 'Pretrial Statement' required by paragraph 5.A of Judge Rochon's Individual Rules of Practice in Civil Pro Se Cases on or before January 31, 2024. Defendants shall file any response by February 19, 2024.

    The defendants are urged to contact the Court's free legal clinic at (212) 659-6190 for assistance with complying with this Order.

    With respect to questions about court procedures, the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance.

    The plaintiff is directed to email a copy of this Order to the defendants forthwith.

    SO ORDERED.

Dated: January 24, 2024
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                             United States Magistrate Judge