UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HUA JING GAO et al.,                              :
                                                  :   ORDER
                    Plaintiffs,                   :   22 Civ. 3722 (JLR) (GWG)
                                                  :
    -v.-                                          :
                                                  :
L&L SUPPLIES, INC. et al.,                        :
                                                  :
                    Defendants.                   :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

A pre-trial conference in this matter is scheduled for March 11, 2024 at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York, 10007. All parties should be prepared to report to the Court on the status of the case, including any discussions between the parties about settlement.

This conference is the only matter scheduled for this date and time. The parties must plan to arrive early so as to ensure that the conference begins on time.

Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time. In accordance with paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein), any requests for an adjournment must be made in writing as soon as the need to adjourn is known. Prior to making such a request, the party should contact Chambers at (212) 805-4260 to determine an alternative date for which the Court is available for a rescheduled conference. The written application for an adjournment must include a statement as to all other parties' positions on the change in conference date and must propose an alternative date, as provided by Chambers, to which all parties are agreeable.

SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge