UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HUA JING GAO et al.,                                          :

           Plaintiffs,                     :       ORDER

  -v.-                                                        :
                                                       22 Civ. 3722 (JLR) (GWG)
L&L SUPPLIES, INC. et al.,                               :

           Defendants.                    :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Counsel for plaintiff is directed to file a letter on or before March 26, 2024, giving the status of the divorce proceeding between plaintiff and defendant Youpeng Li and whether it has the potential to resolve the claim between plaintiff and Youpeng Li in this action.

      SO ORDERED.

Dated: March 12, 2024
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge