UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUA JING GAO, on behalf of herself and all other persons similarly situated,<br><br>                         Plaintiff,<br><br>-against-<br><br>L&L SUPPLIES, INC., YOUPENG LI, and SUSAN LIANG,<br><br>                         Defendants. | Case No. 1:22-cv-03722 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      WHEREAS no party has demanded a jury trial, and therefore this case will be tried as a bench trial with the Court serving as the factfinder, *see* Fed. R. Civ. P. 38(d);

      IT IS HEREBY ORDERED that the parties shall file copies of the evidence that they wish to introduce at trial (as described in their respective pretrial statements) with the Court no later than **April 17, 2024**;

      IT IS FURTHER ORDERED that all parties (including counsel and translators) shall appear for a final pretrial conference, to be held on **April 19, 2024**, at **10:00 a.m.** in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007; and

      IT IS FURTHER ORDERED that all parties (including counsel and translators) shall appear for a bench trial beginning on **May 6, 2024**, at **10:00 a.m.** in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

The Clerk is directed to mail a copy of this Order to Defendants and Plaintiff is directed to email and mail this Order to Defendants immediately.

Dated: March 29, 2024
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge