UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUA JING GAO, on behalf of herself and all other persons similarly situated,<br><br>                  Plaintiff,<br><br>-against-<br><br>L&L SUPPLIES, INC., YOUPENG LI, and SUSAN LIANG,<br><br>                  Defendants. | Case No. 1:22-cv-03722 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS Defendant Youpeng Li inquired with the Court's Interpreter's Office about providing interpreting services for court appearances;

    WHEREAS the Court does not provide interpreters for civil proceedings;

    IT IS HEREBY ORDERED that the parties are directed to arrange for a certified interpreter to be present for all court appearances including all phases of the pretrial conference and the trial.

Dated: April 3, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge