UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUA JING GAO, on behalf of herself and all other persons similarly situated,<br><br>                              Plaintiff,<br><br>            -against-<br><br>L&L SUPPLIES, INC., YOUPENG LI, and SUSAN LIANG,<br><br>                              Defendants. | Case No. 1:22-cv-03722 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  Youpeng Li and Susan Liang presently represent themselves *pro se* in this action that is currently progressing to trial. The Court may be able to refer them for possible free legal representation (also known as *pro bono* counsel) for purposes of the trial. *See, e.g.*, *Hodge v. Police Officers*, 802 F.2d 58, 60 (2d Cir. 1986). To do so, however, the Court must confirm whether Youpeng Li and Susan Liang want a lawyer or, instead, whether they wish to continue representing themselves.

  Thus, by **April 8, 2024**, Youpeng Li and Susan Liang shall inform the Court whether they would like the Court to consider appointing *pro bono* counsel. To be clear, the Court cannot guarantee that it will be able to obtain legal representation, but it is seeking to inquire as to whether Defendants are interested in the Court exploring the possibility.

  Plaintiff is directed to email this Order to Defendants immediately.

Dated: April 3, 2024
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge