UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUA JING GAO, on behalf of herself and all other persons similarly situated,<br><br>       Plaintiff,<br><br>    -against-<br><br>L&L SUPPLIES, INC., YOUPENG LI, and SUSAN LIANG,<br><br>       Defendants. | Case No. 1:22-cv-03722 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Youpeng Li and Susan Liang presently represent themselves *pro se* in this action that is currently progressing to trial. On April 4, 2024, the Court "respectfully direct[ed] the Clerk of Court to attempt to locate *pro bono* counsel to represent Youpeng Li and Susan Liang for the limited purpose of preparing for and participating in the bench trial." ECF No. 64. The Clerk of Court has subsequently spoken with potential counsel, Michael Samuel. Mr. Samuel has sent several emails to Mr. Li and Ms. Liang but has not heard back.

  Youpeng Li and Susan Liang shall promptly – and no later than **Thursday, April 18, 2024** – respond to Mr. Samuel's emails and confer with him ahead of the final pretrial conference on Friday, April 19, 2024. If Mr. Samuel will be representing Mr. Li and Ms. Liang, he shall file a notice of appearance and attend the final pretrial conference.

  Plaintiff is directed to email this Order to Defendants immediately.

Dated: April 15, 2024
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge