

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

April 17, 2024

**VIA ECF**

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: **Hua Jing Gao v. L&L Supplies, Inc., et al.**
*Case No. 22-cv-3722 (JLR) (GWG)*

Dear Judge Rochon:

We represent plaintiff Hua Jing Gao in the above-referenced matter, and we write to request an adjournment of the May 6 trial and the April 19 final pretrial conference. The reason for the request to adjourn the trial is that my son's bar mitzvah celebration is the evening of May 5, and it will be a late evening as we plan to host out-of-town family and friends. As for the final pretrial conference, I will be out of the office from April 22 until May 1 for Passover. April 19 will be my last day in the office. Even with a division of labor between myself and my partner (who will be traveling later that day for the holiday), the day is looking quite hectic with telephonic court conferences at 11:30 and 2:00 and with our intention to finish several other matters prior to Passover.

This is our first request for the relief sought herein. We have reached out to defendants for their position about this application, but we have not heard back from them. If Your Honor grants our request, we wish to note that our office will be closed for religious observance on June 12 and 13.

We thank the Court for its attention to this matter. We are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc:  Susan Liang (via email/ECF)
     Youpeng Li (via email/ECF)

---

Given this request, and in the interest of providing Defendants additional time to obtain *pro bono* counsel, the request to adjourn tomorrow's final pretrial conference is GRANTED. The final pretrial conference shall now be held on **June 3, 2024**, at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Court, the parties, and counsel can discuss potential trial dates at the conference. Plaintiff is directed to email this Order to Defendants immediately.

Dated: April 18, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**