UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUA JING GAO, on behalf of herself and all other persons similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>L&L SUPPLIES, INC., YOUPENG LI, and SUSAN LIANG,<br><br>        Defendants. | Case No. 1:22-cv-03722 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Youpeng Li and Susan Liang presently represent themselves *pro se* in this action that is currently progressing to trial. On April 4, 2024, the Court "respectfully direct[ed] the Clerk of Court to attempt to locate *pro bono* counsel to represent Youpeng Li and Susan Liang for the limited purpose of preparing for and participating in the bench trial." ECF No. 64; *see also* ECF No. 69 ("providing Defendants additional time to obtain *pro bono* counsel").

  The Clerk of Court has subsequently spoken with potential counsel, Christopher R. Fredmonski. Mr. Fredmonski has sent several emails to Mr. Li and Ms. Liang but has not heard back.

  Mr. Li and Ms. Liang shall promptly – and no later than **Wednesday, May 1, 2024** – respond to Mr. Fredmonski's emails and confer with him ahead of the final pretrial conference on Monday, June 3, 2024. If Mr. Fredmonski will be representing Mr. Li and Ms. Liang, he shall file a notice of appearance and attend the final pretrial conference.

  Plaintiff is directed to email this Order to Defendants immediately.

Dated: April 23, 2024
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge