UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUA JING GAO, on behalf of herself and all other persons similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>L&L SUPPLIES, INC., YOUPENG LI, and SUSAN LIANG,<br><br>        Defendants. | Case No. 1:22-cv-03722 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Youpeng Li and Susan Liang presently represent themselves *pro se* in this action that is currently progressing to trial. On April 4, 2024, the Court "direct[ed] the Clerk of Court to attempt to locate *pro bono* counsel to represent Youpeng Li and Susan Liang for the limited purpose of preparing for and participating in the bench trial." ECF No. 64; *see also* ECF No. 69 ("providing Defendants additional time to obtain *pro bono* counsel").

  The Clerk of Court subsequently spoke with potential counsel, Christopher R. Fredmonski. Mr. Fredmonski sent several emails to Mr. Li and Ms. Liang but did not hear back. On April 23, 2024, the Court ordered that "Mr. Li and Ms. Liang shall promptly – and no later than Wednesday, May 1, 2024 – respond to Mr. Fredmonski's emails and confer with him ahead of the final pretrial conference on Monday, June 3, 2024." ECF No. 70 (emphasis omitted). To date, Mr. Li and Ms. Liang have not responded to Mr. Fredmonski's emails or otherwise conferred with him. This is the second attorney who has attempted to represent Defendants *pro bono*.

  Accordingly, Mr. Li and Ms. Liang shall proceed to trial without *pro bono* counsel. As a reminder, the final pretrial conference shall be held on **June 3, 2024**, at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

  Plaintiff is directed to email this Order to Defendants immediately.

Dated: May 6, 2024
   New York, New York

                      SO ORDERED.

                      *Jennifer Rochon*
                      JENNIFER L. ROCHON
                      United States District Judge