UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUA JING GAO, on behalf of herself and all other persons similarly situated,<br><br>                            Plaintiff,<br><br>                        -against-<br><br>L&L SUPPLIES, INC., YOUPENG LI, and SUSAN LIANG,<br><br>                           Defendants. | Case No. 1:22-cv-03722 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      As discussed at today's final pretrial conference, Youpeng Li and Susan Liang shall inform the Court no later than **June 14, 2024**, whether they have secured representation or will continue proceeding *pro se*. As agreed by all parties, the bench trial shall commence on **July 18, 2024**, at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Mr. Li is reminded that he must obtain a court-certified interpreter for future proceedings, including trial.

      Plaintiff is directed to email this Order to Defendants immediately.

Dated: June 3, 2024
       New York, New York

                                                                             SO ORDERED.

                                                                          *Jennifer Rochon*
                                                                         JENNIFER L. ROCHON
                                                                         United States District Judge