UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUA JING GAO,<br><br>         Plaintiff,<br><br>    -against-<br><br>L&L SUPPLIES, INC., YOUPENG LI, and SUSAN LIANG,<br><br>         Defendants. | Case No. 1:22-cv-03722 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons set forth on the record on October 1, 2024, Defendant Youpeng Li's first *motion in limine*, Dkt. 85, seeking to withdraw his deemed admissions and submit responses to Plaintiff's Request for Admissions, dated September 13, 2024, is GRANTED. Pro se Defendant Susan Liang shall also be permitted to file responses to Plaintiff's Request for Admissions by October 8, 2024.

For the reasons set forth on the record on October 1, 2024, Defendant Youpeng Li's second *motion in limine*, Dkt. 87, is DENIED in part and GRANTED in part.  Plaintiff shall provide verified answers to Defendants' Interrogatory Nos. 1, 2, and 8 through 18 by October 8, 2024.

Plaintiff's motion to adjourn the trial is granted and trial shall commence October 21, 2024 at 10:00am.  The Court of Clerk is respectfully requested to terminate the motions at Docket Entries 85 and 87.

Dated: October 1, 2024
    New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge