**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
HUA JING GAO, on behalf of herself and all other
persons similarly situated,

                Plaintiff,

        -against-                        22 **CIVIL** 3722 (JLR)

                                                       **JUDGMENT**

L&L SUPPLIES, INC., YOUPENG LI, and SUSAN
LIANG,

                Defendants.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for all of these

reasons stated in the Court's Opinion and Order dated December 12, 2024, the Court finds in

favor of Li and Liang as to all of Gao's claims. Li's motion for judgment under Rule 52(c) is

DENIED as moot. Accordingly, the case is closed.

**Dated:**  New York, New York

        December 13, 2024

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

                        **BY:**

                                  _____
                                        **Deputy Clerk**